IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 18-1953-CFC |
| SLAYBACK PHARMA LLC, | : |
| Defendant. | : |

## ORDER

At Wilmington this Ninth day of May in 2019:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Defendant's Motion for Judgment on the Pleadings (D.I. 14) is **GRANTED**.

_____
CONNOLLY, UNITED STATES DISTRICT JUDGE