# United States Court of Appeals for the Federal Circuit

---

**EAGLE PHARMACEUTICALS INC.,**
*Plaintiff-Appellant*

**v.**

**SLAYBACK PHARMA LLC,**
*Defendant-Appellee*

---

2019-1924

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-01953-CFC, Judge Colm F. Connolly.

---

## MANDATE

---

In accordance with the judgment of this Court, entered May 8, 2020, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 15, 2020

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court