# United States Court of Appeals for the Federal Circuit

---

**EAGLE PHARMACEUTICALS INC.,**
*Plaintiff-Appellant*

**v.**

**SLAYBACK PHARMA LLC,**
*Defendant-Appellee*

---

2019-1924

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-01953-CFC, Judge Colm F. Connolly.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

May 8, 2020

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court